THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Shakeia Butler, Appellant.
 
 
 

Appeal From Orangeburg County
Edgar W. Dickson, Circuit Court Judge

Unpublished Opinion No. 2012-UP-252
 Submitted April 2, 2012  Filed April 25,
2012    

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General
 Salley W. Elliott, and Senior Assistant Attorney General David Spencer, all of
 Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM: Shakeia Butler appeals the circuit court's denial of her motion
 for early parole eligibility under section 16-25-90 of the South Carolina Code
 (Supp. 2011).  Butler argues she submitted credible evidence of a history of
 criminal domestic violence suffered at the hands of a household member, as
 required by section 16-25-90.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v. Blackwell-Selim,
 392 S.C. 1, 3, 707 S.E.2d 426, 427-28 (2011) (stating the appellate court does
 not reevaluate the facts based on its own view of the evidence but rather
 determines whether any evidence supports the circuit court's ruling); id. at 3-4, 707 S.E.2d
 at 428 (stating a history of criminal domestic violence under section
 16-25-90 must be proved by a preponderance of the evidence); id. at 4,
 707 S.E.2d at 428 ("[M]ere production of
 evidence does not automatically result in earlier parole eligibility; instead,
 the defendant must persuade the [circuit court] by presenting proof which leads
 the trier of fact to find that the existence of the contested fact is more
 probable than its nonexistence.").
AFFIRMED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.